USCA1 Opinion

 

 February 14, 1996 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 95-1323 UNITED STATES, Appellee, v. JAMIL KHOURY, Defendant, Appellant. ____________________ ERRATA SHEET The opinion of this Court issued on February 12, 1996 is amended as follows: On the cover sheet, last line before the date, change "appellee" to "appellant." February 12, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1323  UNITED STATES, Appellee, v. JAMIL KHOURY, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Daniel S. Tarlow, Richard D. Glovsky and Glovsky, Tarlow & __________________ ___________________ ___________________ Milberg on brief for appellant. _______ ____________________ ____________________ 2 Per Curiam. After carefully reviewing the record, __________ we conclude the appeal is wholly without merit and allow counsel's motion to withdraw. The guilty plea colloquy fully complied with Fed. R. Civ. P. 11, and there is no basis on the present record for concluding that the plea was not voluntarily, intelligently, and understandingly entered. The district court's failure to warn defendant of the immigration consequences of his plea is not a basis for relief. See, ___ e.g., United States v. Quin, 836 F. 2d 654, 655 (1st Cir. ____ _____________ ____ 1987); Nunez Cordero v. United States, 533 F.2d 723, 726 ______________ _____________ (1st Cir. 1976). Outlining several claims, appellate counsel asks that we direct the district court to appoint counsel to file a 2255 petition. We decline to do so. The district court is in the best position to make the initial determination whether counsel should be appointed. The judgment is affirmed and counsel's motion to ________ withdraw is granted. 3